NOVEMBER 8, 1803.

# Jacob Castleman *v.* John Griffith.

*Upon a writ of error to reverse a judgment of the Court of Quarter Sessions of Shelby county.*

An execution out of date before it is levied, gives the sheriff no authority to take property under it, nor does it authorize the taking of a replevy bond.

The execution which issued in this case, having been out of date before it was levied by the sheriff, gave him no authority to take property by virtue thereof, and of course did not authorize the taking of a replevy bond. The replevy bond and proceedings thereon must be quashed, with costs; which is ordered to be certified to the circuit court of Shelby county.